NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEFFREY SCHWINDT, MICHAEL E. MILLER, JOSEPH L. MARK, JOHN P. HANCOCK, AND CHARLES BUTCHER,**
*Appellants,*

**v.**

**MICHAEL E. MILLER, JOSEPH L. MARK, JOHN P. HANCOCK, AND CHARLES BUTCHER,**
*Appellees.*

---

2013-1563

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Interference No. 105,805.

---

**JUDGMENT**

---

JEFFREY B. VOCKRODT, Hunton & Williams LLP, of Washington, DC, argued for appellants. With him on the brief were ROBERT M. SCHULMAN and CHRISTOPHER H. YAEN.

LISA J. PIROZZOLO, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for appellees.

With her on the brief were MARK C. FLEMING; DAVID L. CAVANAUGH and OWEN K. ALLEN, of Washington, DC.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 8, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |